UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSE A. DUGAY,<br><br>               Plaintiff,<br><br>vs.<br><br>QUIRK WIRE CO., INC. and<br>HARRISON QUIRK,<br><br>               Defendants. | CIVIL ACTION NO. 04-40030-NMG<br><br>**APPEARANCE** |

NOW COMES Skoler, Abbott & Presser, P.C., by Timothy F. Murphy, Esq., and herewith notices its appearance as counsel for Defendants, Quirk Wire Co., Inc. and Harrison Quirk, in the above action.

Respectfully submitted,

_____
Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: April 7, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Appearance* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on April 7, 2004.

_____
Timothy F. Murphy, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

F:\OFFICE DOCUMENTS\Data\Quirk Wire\Dugay, Jesse A\Litigation 04-40030-NMG\Appearance-TFM.wpd