UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSE A. DUGAY,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   DOCKET NO. 04-40030-FDS |
| | ) |
| QUIRK WIRE CO., INC. AND<br>HARRISON QUIRK,<br>    Defendants. | )<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL OF COUNT IV OF THE COMPLAINT

    Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff voluntarily dismisses Count IV of the Complaint that alleges violation of The Family and Medical leave Act. Plaintiff states that no answer or other responsive pleading has been served by Defendants.

                    JESSE A. DUGAY,

                    By his Attorney,


                    __/ s /___Richard A. Mulhearn
                    Richard A. Mulhearn
                    BBO: 359680
                    Law Offices of Richard A. Mulhearn
                    41 Elm Street
                    Worcester, MA 01609
                    Tel: (508) 753-9999

June 23, 2004.