UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JESSE A. DUGAY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | DOCKET NO. 04-40030-FDS |
| | ) | |
| QUIRK WIRE CO., INC. AND | ) | |
| HARRISON QUIRK, | ) | |
|     Defendants. | ) | |

## CERTIFICATION OF PLAINTIFF AND PLAINTIFF'S COUNSEL

The undersigned hereby certify that we have conferred:

a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                                                       / s / Jesse A. Dugay
                                                                       Jesse A. Dugay
                                                                       Plaintiff


                                                                       / s / Richard A. Mulhearn
                                                                       Richard A. Mulhearn
                                                                       Counsel for Plaintiff

Dated: September 1, 2004.