UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



JESSE A. DUGAY,

          Plaintiff,

vs.

QUIRK WIRE CO., INC. and
HARRISON QUIRK,

          Defendants.

CIVIL ACTION NO. 04-40030-NMG

## DEFENDANTS' LOCAL RULE 16.1(D)(3) STATEMENT

Pursuant to Local Rule 16.1(D)(3), the Defendants, Quirk Wire Co., Inc. and Harrison Quirk (hereinafter "Defendants"), and their counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed alternative dispute resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_____
Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: September __, 2004

Quirk Wire Co., Inc. and Harrison Quirk

_____
Harrison Quirk
Individually and President

Dated: September 3, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Richard A. Mulhearn, Law Offices of Richard A. Mulhearn, 41 Elm Street, Worcester, MA 01609, by first-class, U.S. mail, postage prepaid, on September __, 2004.

_____
Timothy F. Murphy, Esq.