UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JESSE A. DUGAY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | DOCKET NO. 04-40030-FDS |
| | ) | |
| QUIRK WIRE CO., INC. AND | ) | |
| HARRISON QUIRK, | ) | |
|     Defendants. | ) | |

## JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties have conferred and submit the following Joint Statement in connection with the September 14, 2004 Scheduling Conference.

**I.**  **Conference Agenda**

    1.  Proposed Pre-Trial Schedule and Discovery Plan.

    2.  Possibility of Consent to Trial by Magistrate Judge.

    3.  Possibility of resolving this action through alternative dispute resolution.

**II.**  **Proposed Joint Discovery Plan**

    1.  **Initial Disclosures.**  Initial disclosures to be served by October 15, 2004.

    2.  **Amendment to Pleadings**.  Motions to amend the pleadings to be made by December 1, 2004.

    3.  **Written Discovery Requests**.  Written discovery requests shall be served by January 31, 2005, and responded to within the time limit set forth in the Federal Rules of Civil Procedure or as extended by agreement of the parties or order of the Court.

4. **Depositions of Fact Witnesses**. Depositions of fact witnesses will be completed by May 30, 2005.

5. **Requests for Admissions**. Requests for Admissions, if any, shall be propounded by May 30, 2005 and responded to within the time limit set forth in the Federal Rules of Civil Procedure or as extended by agreement of the parties or order of the Court.

6. **Status Conference**. A Status Conference, if approved by the Court, shall occur in June 2005.

7. **Expert Discovery**. The parties shall designate trial experts and disclose information required by FRCP, Rule 26(a)(2) by July 31, 2005. Expert depositions shall be completed by September 30, 2005.

### III. Proposed Motion Schedule

Rule 12 Motions to Dismiss and/or Rule 56 Motions for Summary Judgment shall be filed by July 31, 2005. Responses to such dispositive motions shall be served within 30 days of service.

### IV. Settlement and/or Case Management Conferences

A Settlement Conference and/or Case Management Conference shall take place at the discretion of the Court. The parties recommend that the Court hold a final pre-trial conference and set a firm trial date by October 14, 2005. Trial date to be on or after November 1, 2005.

### V. Rule 16.1 Certification

The parties' Certifications pursuant to L.R. 16.1 are being filed separately.

**VI.**     **Trial by Magistrate**

      At this time, the parties do not agree to trial by magistrate.

Respectfully Submitted,

Counsel for Plaintiff,                                            Counsel for Defendants,

| | |
|---|---|
| /s/ Richard A. Mulhearn | /s/ Timothy F. Murphy |
| Richard A. Mulhearn, Esq. | Timothy F. Murphy, Esquire |
| BBO No. 359680 | BBO No. 556429 |
| Law Offices of Richard A. Mulhearn | Skoler, Abbott & Presser, P.C. |
| 41 Elm Street | One Monarch Place, Suite 2000 |
| Worcester, MA 01609 | Springfield, MA 01144 |
| Tel. (508) 753-9999/Fax (508) 753-9011 | Tel. (413) 737-4753/Fax: (413) 787-1941 |

Dated:   September 9, 2004.