UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSE A. DUGAY,<br><br>                    Plaintiff,<br><br>vs.<br><br>QUIRK WIRE CO., INC. and<br>HARRISON QUIRK,<br><br>                    Defendants. | CIVIL ACTION NO. 04-40030-NMG |

## **DEFENDANTS' Fed. R. Civ. P. 26(a)(1) INITIAL DISCLOSURES**

A.    The Name, and, If Known The Address and Telephone Number of Each Individual Likely to Have Discoverable Information that the Defendant May Use To Support its Defenses.

       Jesse A Dugay     (Plaintiff)

       Kevin Melvin     131 South Street, West Warren, MA 01092 (413) 436-7275
       As a cable inspector, Mr. Melvin may have discoverable information relating to plaintiff's job performance.

       *The following individuals can be contacted through counsel:*

       Harrison Quirk

       Mary A. Falardeau

       David Thibodeau

       Peter Schlichting

B.    A Copy of, Or Description by Category and Location of, All Documents, Data Compilations, and Tangible Things That Are In the Possession, Custody, or Control of Defendants and that Defendants May Use To Support Their Claims or Defenses, Unless Solely For Impeachment.

Please refer to the personnel records and employee handbook furnished you by Attorney McCaughey on March 31, 2003. In addition, please refer to Respondent's Answer and Statement of Position with attached exhibits, filed in Case No. 03-SEM-01864.

C.  Computation of Damages:

Not applicable.

D.  Insurance Agreements:

Defendants carry insurance which may be used to satisfy part or all of a judgment in this action.

> Respectfully submitted,
>
> /s/Timothy F. Murphy
> Timothy F. Murphy, Esq.
> BBO No. 556429
> Counsel for Defendant
> Skoler, Abbott & Presser, P.C.
> One Monarch Place, Suite 2000
> Springfield, Massachusetts  01144
> Tel. (413) 737-4753/Fax: (413) 787-1941

Dated:  October 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Richard A. Mulhearn, Law Offices of Richard A. Mulhearn, 41 Elm Street, Worcester, MA 01609, by electronic delivery on October 13, 2004.

> /s/Timothy F. Murphy
> Timothy F. Murphy, Esq.