UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JESSE A. DUGAY,<br>　　　Plaintiff, | )<br>)<br>) | |
| v. | ) | DOCKET NO. 04-40030-FDS |
| | ) | |
| QUIRK WIRE CO., INC. AND<br>HARRISON QUIRK,<br>　　　Defendants. | )<br>)<br>) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above-entitled action hereby stipulate that this matter be dismissed with prejudice, without costs and waiving all rights of appeal.

JESSE A. DUGAY,

By his attorney,


/s/ Richard A. Mulhearn_____
Richard A. Mulhearn, BBO # 359680
Law Office of Richard A. Mulhearn, P.C.
41 Elm Street
Worcester, MA  01609
(508) 753-9999

QUIRK WIRE CO., INC. AND
 HARRISON QUIRK,

By their attorney,

/s/ Timothy F. Murphy_____
Timothy F. Murphy, BBO #556429
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, MA 01144
(413) 737-4753

Dated: April 8, 2005.